IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: )
)
PETER LANGLEY CAGLE )
LINDA LEE CAGLE, ) Case No. 10-20590-7
)
Debtors. )
_____/
PETER LANGLEY CAGLE, )
Plaintiff, )
vs. ) Adversary No. 10-06221
)
SALLIE MAE, INC., )
and )
UNITED STUDENT AID FUNDS, INC., )
Defendants. )
_____/

## SUMMONS IN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| United States Bankruptcy Court<br>500 State Avenue, Room 161<br>Kansas City, Kansas 66101 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Eric C. Rajala<br>Law Offices of Eric C. Rajala<br>Metcalf Bank Bldg, Ste 341<br>11900 College Blvd<br>Overland Park, KS 66210-3939 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

FRED W. JAMISON
Clerk of the Bankruptcy Court

10/27/10

By: s/ Barry G. Eisman
Deputy Clerk

CERTIFICATE OF SERVICE

  I, Mitzie Milliken, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made Oct 27, 2010 by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

  United Student Aid Funds, Inc.
  Corporation Service Company
  200 SW 30th Street
  Topeka, KS 66611

☐ Personal service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ State law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

  Under penalty of perjury, I declare that the foregoing is true and correct.

10-27-10
Date

/s/ Mitzie Milliken
Signature