The relief described hereinbelow is SO ORDERED.

Signed November 24, 2010.



_____
ROBERT D. BERGER
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Peter Cagle, ) | |
| ) | Case No. 10-20590 |
| Debtor. ) | |
| _____) | |
| Peter Cagle, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adv. No. 10-06221 |
| ) | |
| ) | |
| Sallie Mae, Inc and ) | |
| United Student Aid Funds, Inc. ) | |
| ) | |
| ) | |
| Defendant(s). ) | |
| _____) | |

### ORDER ADDING ECMC AS A DEFENDANT

Comes on for consideration the motion of Educational Credit Management Corporation to be added as a defendant.

Upon being well and fully advised in the premises the court finds that Educational Credit

Management Corporation has been assigned eight (8) loans from USAF (United Student Aid Funds) and that it should be added as a defendant.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED that Educational Credit Management Corporation ("ECMC") is added as a defendant in this matter.

###

PREPARED AND APPROVED BY:


 /s/ N. Larry Bork
N. Larry Bork - #11810
GOODELL, STRATTON, EDMONDS
 & PALMER, L.L.P.
515 S. Kansas Avenue
Topeka, KS  66603
785/233-0593
Attorneys for ECMC

-2-

# CERTIFICATE OF NOTICE

```
District/off: 1083-2          User: kbarry              Page 1 of 1             Date Rcvd: Nov 29, 2010
Case: 10-06221                Form ID: pdf020ap         Total Noticed: 5

The following entities were noticed by first class mail on Dec 01, 2010.
 intp         +Educational Credit Management Corporation,   1 Imation Place,   Building 2,
               Oakdale, MN 55128-3422
 pla          +Peter Langley Cagle,   1218 W. Sheridan,   Olathe, KS 66061-4129
 dft          +Sallie Mae, Inc.,   The Corporation Company, Inc.,   112 SW 7th Street,   Suite 3C,
               Topeka, KS 66603-3858
 dft          +United Student Aid Funds, Inc.,   Corporation Service Company,   200 SW 30th Street,
               Topeka, KS 66611-2283
The following entities were noticed by electronic transmission on Nov 29, 2010.
 ust          +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov                          U.S. Trustee,
               Office of the United States Trustee,   301 North Main Suite 1150,   Wichita, KS 67202-4811
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2010**          Signature:    _Joseph Speetjens_