IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Peter Cagle,** | ) | |
| | ) | Case No. 10-20590 |
| Debtor. | ) | |
| | ) | |
| **Peter Cage,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adv. No. 10-06221 |
| | ) | |
| **Sallie Mae, Inc.,** | ) | |
| **United Student Aid Funds, Inc., and** | ) | |
| **Educational Credit Management Corp.,** | ) | |
| | ) | |
| Defendant(s). | ) | |

## NOTICE TO WITHDRAWAL DOCUMENT

COMES NOW the defendant, Educational Credit Management Corporation, and notifies the court that on this 14th day of December, 2010, to withdrawal document number 16.

    /s/ N. Larry Bork
N. Larry Bork - #11810
GOODELL, STRATTON, EDMONDS
 & PALMER, L.L.P.
515 S. Kansas Avenue
Topeka, KS  66603
(785) 233-0593
Attorneys for ECMC

**CERTIFICATE OF SERVICE**

        I hereby certify that on the 14th day of December, 2010, a true and correct copy of the above and foregoing was filed electronically, using the CM/ECF or deposited in the United States mail, postage prepaid, addressed to:

Eric C. Rajala  
11900 College Blvd.  
Ste. 341  
Overland Park, KS 66210-3939  
Attorney for Plaintiff

United Student Aid Funds, Inc.  
Corporation Service Company  
200 SW 30th Street  
Topeka, KS 66611

Sallie Mae, Inc.  
The Corporation Company, Inc.  
112 SW 7th Street  
Suit 3C  
Topeka, KS 66603

                                             /s/ N. Larry Bork  
                                             N. Larry Bork

-2-

Case 10-06221  Doc# 17  Filed 12/14/10  Page 2 of 2