# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In Re:

**Peter Langley Cagle**
**Linda Lee Cagle**
              Debtor(s).        Case No. 10-20590-RDB-7

_____

**Peter Langley Cagle**
              Plaintiff(s),        Adv. No. 10-6221

   -vs-

**United Student Aid Funds, Inc.**
**Educational Credit Management Corporation (ECMC)**
              Defendant(s).
_____

**Peter Langley Cagle**
              Plaintiff(s),        Adv. No. 10-6222

   -vs-

**United States of America, ex. rel. U.S. Department of Education**
              Defendant(s).
_____

## NOTICE OF ENTRY OF JUDGMENT

On September 19, 2012, the following order was entered:

Agreed Judgment of the Honorable Robert D. Berger, United States Bankruptcy Judge for the

District of Kansas, filed herein on June 21, 2012, wherein:

    Judgment is entered in favor of the Plaintiff and against the Defendant, United States of America, Department of Education, determining that Plaintiff's Direct PLUS loans held by the Department of Education are hereby deemed dischargeable.

**DATED: 9/19/2012**        FRED W. JAMISON, CLERK
                                      UNITED STATES BANKRUPTCY COURT

                                      By: s/Judy R. Cowger, Deputy Clerk